

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL DIEZ, | § | No. 08-13-00144-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| ALASKA STRUCTURES, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2011-2963) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before Rivera, J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Rivera, J., not participating
Barajas, C.J. (Senior Judge), sitting by assignment